

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00110-CV

## IN THE INTEREST OF A.T. AND J.T., CHILDREN

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2016-1753-3**

## MEMORANDUM OPINION

Appellant has filed a "Motion to Dismiss Appeal." *See* TEX. R. APP. P. 42.1(a)(1).

Dismissal of this appeal would not prevent a party from seeking relief to which it would

otherwise be entitled. Accordingly, the motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed April 18, 2018
[CV06]

